**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LENORA CLAY**                                                                                          **PLAINTIFF**

**V.**                        **CASE NO. 3:09CV00155 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                **DEFENDANT**

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 29th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE